FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

Jun 23, 2026

SEAN F. McAVOY, CLERK

TINA LOUISE S.

)
)
*Plaintiff*
)
v.
)
FRANK BISIGNANO,
)
COMMISSIONER OF SOCIAL SECURITY
)
ADMINISTRATION

Civil Action No.   1:25-CV-03199-SAB

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   Pursuant to the Court Order at ECF No 18, Plaintiff's Opening Brief, ECF No. 13, is GRANTED; the Commissioner's Brief, ECF No. 16, is DENIED, and this matter is reversed and remanded for an immediate award of benefits. Judgment is entered for Plaintiff.

This action was *(check one)*:

❑  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Stanley A. Bastian.

Date:  6/23/2026

CLERK OF COURT

s/Sean F. McAvoy

*Signature of Clerk*